cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CULP, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>v.<br><br>TEKSYSTEMS, INC., aka MARYLAND TEKSYSTEMS, INC.,<br><br>           Defendants. | Civil No.08cv1836 JM (AJB)<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE; DENYING AS MOOT MOTION TO EXTEND DEADLINE<br><br>(Doc. Nos. 7 & 8) |

    Pursuant to the Joint Motion to Continue the Early Neutral Evaluation Conference filed by the parties in the above entitled action and for good cause shown, the January 14, 2009, Early Neutral Evaluation Conference is hereby continued to January 26, 2009 at 2:00 p.m. Counsel and all parties shall appear in person.

    Accordingly, Plaintiff's Motion to Extend Deadline to Reschedule the Early Neutral Evaluation Conference or in the Alternative for Leave to Appear by Phone is hereby denied as moot.

    IT IS SO ORDERED.

DATED: January 7, 2009

                                                    Hon. Anthony J. Battaglia
                                                    U.S. Magistrate Judge
                                                    United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28