UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CULP, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEKSYSTEMS, INC., a/k/a MARYLAND TEKSYSTEMS, INC.,<br><br>Defendant. | Case No. 08 cv-1836 JM AJB<br><br>**ORDER APPROVING JOINT MOTION FOR APPROVAL OF FINAL SETTLEMENT AND DISMISSAL OF CASE** |

Upon the motion of the parties, and having reviewed the Confidential Settlement and Release Agreement, containing a full release of claims by Plaintiff Brian Culp, and for good cause shown, IT IS ORDERED that:

1. The Confidential Settlement and Release Agreement: (a) is fair to the settling parties; (b) reasonably resolves a *bona fide* disagreement between the parties with regard to the merits of the claims asserted by Plaintiff; and (c) demonstrates a good faith intention by the parties that Plaintiff's claims be fully and finally resolved, and not re-litigated in whole or in part at any point in the future. The Confidential Settlement and Release Agreement, therefore, is APPROVED by the Court.

2. The claims alleged by Plaintiff Brian Culp are hereby DISMISSED WITH PREJUDICE.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

3. The Magistrate Judge shall retain jurisdiction over all disputes between the parties arising out of the Confidential Settlement and Release Agreement, including but not limited to interpretation and enforcement of the terms of the settlement agreement and release of claims agreed upon by the parties.

4. Each party shall bear its own costs and attorney's fees except as otherwise provided in the Confidential Settlement and Release Agreement.

IT IS SO ORDERED.

Dated: June 2, 2009

_____
HON. JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

2.                                              Case No.  08 cv-1836 JM AJB
ORDER APPROVING JOINT MOTION FOR APPROVAL OF FINAL SETTLEMENT